Prepared by, Recording Requested By and Return to:

Brown & Associates
2316 Southmore
Pasadena, TX 77502

# QUITCLAIM ASSIGNMENT OF MORTGAGE

**WHEREAS,** WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK, is identified as the "Lender" on a certain Mortgage executed by SHANNON R. MOORE and bearing the date of 11/22/2005 and recorded on 12/2/2005 in the Office of the Recorder of CUMBERLAND County, State of MAINE at Book 23455 Page 67, Instrument or Document 88392,. (Hereinafter the "Mortgage")

**WHEREAS,** MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") is designated the mortgagee in the Mortgage as the nominee of WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS, and, upon the recording of the Mortgage, became the mortgagee of record.

**WHEREAS,** WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK wishes to convey and assign any and all rights it may have under the Mortgage to THE CIT GROUP/CONSUMER FINANCE INC.; and

**WHEREAS,** this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title on interests that MERS has or had in the Mortgage.

Accordingly, WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK hereby assigns and quit claims all of its rights, title and interests (whatever they may be, if any) in the Mortgage to THE CIT GROUP/CONSUMER FINANCE INC..

Property Address: 69 VERANDA STREET, PORTLAND, MAINE 04103

In Witness Whereof, the Assignor has duly executed this instrument on _NOVEMBER 17, 2015_

WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK

By: _LISA D. WALTON_
Title: _VICE PRESIDENT_

EXHIBIT F

DOC:67496  BK:32824  PG:140
RECEIVED - RECORDED REGISTER OF DEEDS
12/28/2015, 11:23:55A
CUMBERLAND COUNTY, NANCY A. LANE

STATE OF PENNSYLVANIA

COUNTY OF MONTGOMERY

On NOVEMBER 17, 2015 before me CRAIG S. CURCIO the undersigned notary public, personally appeared LISA S. WALTON the VICE PRESIDENT of WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

Notary Public in and for the State of PENNSYLVANIA
Notary's Printed Name: CRAIG S. CURCIO
My Commission Expires: 10/22/2018

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Craig S. Curcio, Notary Public
Plymouth Twp., Montgomery County
My Commission Expires Oct. 22, 2018

For 220000 dated 11/22/2005