UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2019 APR 31 A 9: 54

DEPUTY CLERK

| | | |
|---|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | ) ) ) ) | CIVIL ACTION NO: CASE 2:19-cv-00157-JAW |
| Plaintiff | ) ) ) | |
| vs. | ) ) | |
| Shannon R. Moore a/k/a Shannon Slaughter | ) ) ) | RE: 69 Veranda Street, Portland, ME 04103 |
| Defendant | ) ) ) | |
| Steve Thomes | ) ) | |
| Party –In-Interest | ) ) ) | |

<u>SHANNON R. MOOORE ANSWER TO COMPLAINT FOR FORECLSOURE</u>

NOW COMES the Defendant, Shannon R. Moore (hereinafter referred to as "Ms. Moore"), by and through herself, Pro Se, and responds to the Plaintiff's Complaint for Foreclosure ("Complaint") as follows:

1.   Ms. Moore admits she resides in the State of Maine.  Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 1 of Plaintiff's Complaint and therefore denies the same.

2.   Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the rallegations contained in paragraph 2 of Plaintiff's Complaint and therefore denies the same.

3.   Ms. Moore admits the allegations contained in paragraph 3 of Plaintiff's Complaint.

4.   Ms. Moore is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of Plaintiff's Complaint and therefore denies the same.

5.   Ms. Moore admits the allegations contained in paragraph 5 of Plaintiff's Complaint.

6.   Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of Plaintiff's Complaint and therefore denies the same.

7.   Ms. Moore admits the allegations contained in paragraph 7 of Plaintiff's Complaint.

8.   Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of Plaintiff's Complaint and therefore denies the same.

9.    Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of Plaintiff's Complaint and therefore denies the same.

10.    Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of Plaintiff's Complaint and therefore denies the same.

11.    Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of Plaintiff's Complaint and therefore denies the same.

12.    Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of Plaintiff's Complaint and therefore denies the same.

13.    Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of Plaintiff's Complaint and therefore denies the same.

14.    Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of Plaintiff's Complaint and therefore denies the same.

15.    Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of Plaintiff's Complaint and therefore denies the same.

16.    Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of Plaintiff's Complaint and therefore denies the same.

17.    Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of Plaintiff's Complaint and therefore denies the same.

18.    Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of Plaintiff's Complaint and therefore denies the same.

19.    Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of Plaintiff's Complaint and therefore denies the same.

20.    Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of Plaintiff's Complaint and therefore denies the same.

21.    Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of Plaintiff's Complaint and therefore denies the same.

22.    Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the

allegations contained in paragraph 22 of Plaintiff's Complaint and therefore denies the same.

23. Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of Plaintiff's Complaint and therefore denies the same.

24. Ms. Moore admits the allegations contained in paragraph 24 of Plaintiff's Complaint.

25. Ms. Moore repeats and reaffirms the responses contained in the foregoing paragraphs as is fully set forth herein.

26. Ms. Moore admits the allegations contained in paragraph 26 of Plaintiff's Complaint.

27. is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of Plaintiff's Complaint and therefore denies the same.

28. Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of Plaintiff's Complaint and therefore denies the same.

29. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the Remaining allegations contained in paragraph 29 of Plaintiff's Complaint and denies the same.

30. Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of Plaintiff's Complaint and therefore denies the same.

31. Ms. Moore admits the allegations contained in paragraph 31 of Plaintiff's Complaint..

32. The statement contained in paragraph 32 of Plaintiff's Complaint is not a factual allegation and therefore no response is required. To the extent a response is required, Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of Plaintiff's Complaint and therefore denies the same.

33. Ms. Moore denies the allegations contained in paragraph 33 of Plaintiff's Complaint.

34. Ms. Moore admits she is not in the military.  Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of Plaintiff's Complaint and therefore denies the same.

35 Ms. Moore repeats and reaffirms the responses contained in the foregoing paragraphs as if fully set herein.

36. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the

Remaining allegations contained in paragraph 36 of Plaintiff's Complaint and denies the same.

37. The statement contained in paragraph 37 of Plaintiff's Complaint is not a factual allegation and therefore no response is required. To the extent a response is required, Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the  allegations contained in paragraph 37 of Plaintiff's Complaint and therefore denies the same.

38. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of Plaintiff's Complaint and denies the same.

39. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of Plaintiff's Complaint and denies the same.

40. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of Plaintiff's Complaint and denies the same.

41. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the Remaining allegations contained in paragraph 41 of Plaintiff's Complaint and denies the same.

42. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the Remaining allegations contained in paragraph 42 of Plaintiff's Complaint and denies the same.

43. The statement contained in paragraph 43 of Plaintiff's Complaint is not a factual allegation and therefore no response is required. To the extent a response is required, Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the  allegations contained in paragraph 37 of Plaintiff's Complaint and therefore denies the same.

44. Ms. Moore repeats and reaffirms the responses contained in the foregoing paragraphs as if fully set herein.

45. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of Plaintiff's Complaint and denies the same.

46. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of Plaintiff's Complaint and denies the same.

47. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of Plaintiff's Complaint and denies the same.

48. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of Plaintiff's Complaint and denies the same.

49. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of Plaintiff's Complaint and denies the same.

50. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of Plaintiff's Complaint and denies the same.

51. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of Plaintiff's Complaint and denies the same.

52. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of Plaintiff's Complaint and denies the same.

53. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of Plaintiff's Complaint and denies the same.

54. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the Remaining allegations contained in paragraph 54 of Plaintiff's Complaint and denies the same.

55. Ms. Moore denies allegations contained in paragraph 55 of Plaintiff's Complaint.

56. Ms. Moore repeats and reaffirms the responses contained in the foregoing paragraphs as if fully set herein.

57. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the Remaining allegations contained in paragraph 57 of Plaintiff's Complaint and denies the same.

58. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the Remaining allegations contained in paragraph 58 of Plaintiff's Complaint and denies the same.

59. The statement contained in paragraph 59 of Plaintiff's Complaint is not a factual allegation and therefore no response is required. To the extent a response is required, Ms. Moore is without knowledge of information sufficient to form a belief as to the truth of the  allegations contained in paragraph 59 of Plaintiff's Complaint and therefore denies the same.

60. The statement contained in paragraph 60 of Plaintiff's Complaint is not a factual allegation and therefore no response is required. To the extent a response is required, Ms. Moore is without knowledge of

information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of Plaintiff's Complaint and therefore denies the same.

61. Ms. Moore repeats and reaffirms the responses contained in the foregoing paragraphs as if fully set herein.

62. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the Remaining allegations contained in paragraph 62 of Plaintiff's Complaint and denies the same.

63. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the Remaining allegations contained in paragraph 63 of Plaintiff's Complaint and denies the same.

64. Ms. Moore without knowledge of information sufficient to form a belief as to the truth of the Remaining allegations contained in paragraph 64 of Plaintiff's Complaint and denies the same.

65. Ms. Moore denies allegations contained in paragraph 65 of Plaintiff's Complaint.

WHEREFORE, Ms. Moore respectfully requests a Settlement Conference with Plaintiff's Representatives to discuss and negotiate potential settlement options.

Respectfully submitted.

Shannon R. Moore, Pro Se

69 Veranda St, Portland, ME 04103

By herself, hand delivered to Clerk of Court on

Dated: 5/1/19

Shannon R. Slaughter

Copy to:
John A. Doonan, Esq.
Reneau J. Lonngoria, Esq.
Doonan, Grave & Longoria, LLC
100 Cummings Center, Suite 225 D
Beverly, MA 01915
Date of mailing: 5/1/19
Date of emailing w receipt: 5/1/19

Copy to:
Steve Thomes
85 Oakhurst Rd
Cape Elizabeth, ME 04107
Date of mailing: 5/1/19
Date of emailing w receipt: 5/1/19