File on Demand

U.S. DISTRICT COURT
RECEIVED & FILED

**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

**In Fact Shannon, A Woman**

2019 OCT 17  A 10: 30 CASE 2:19-cv-00157-JAW

)

    **Claimant (Counter Claim Plaintiff)** )

DEPUTY CLERK

)

    **vs.** )

)

**U.S. Bank Trust, N.A., as Trustee for LSF9** )    **RE:**
**Master Plan Participation Trust** )    **69 Veranda Street, Portland, ME 04103**

)

    **Wrongdoer, (Counter Claim Defendant)** )

)

)

**Steve Thomes** )

    **Party –In-Interest** )

)

<u>In Fact Shannon's Counter Claim of Trespass</u>

COMES NOW, In fact Shannon, now in the capacity of Claimant (hereafter referred to as Claimant) for Counter Claim of Trespass on her private property, of her Court of Record, as one of the People of Maine, a living, breathing, sentient Woman, all rights reserved, and in this capacity of claimant, <u>not pro se but sui juris</u>, <u>not an accommodating party for any legal or commercial entity</u>, not under the venue and or jurisdiction of any presumed contracts, of the state, State and/or Federal Government, in good faith, by restricted appearance not generally ab initio, nunc pro tunc, of necessity, without recourse. Furthermore, the Claimant states that she stands as herself in honor, without prejudice, with clean hands, the undersigned, gives notice to this court of:

(1.) the belief that the LSF9 Master Plan Participation Trust (hereafter referred to as Wrongdoer) has not met the requisite standing and Jurisdictional requirements to proceed with their claim. That all case activity should cease until lawful jurisdiction has been established. Further, Claimant makes claim that Wrongdoer has made a false claim which is a trespasses on In Fact Shannon's private property and that no debt is owed. Claimant requires case be dismissed and requires reimbursement of time and expense to deal with this frivolous Wrongdoer filing.

(2.) Claimant makes presentation to Wrongdoer for remedy of Administrative Declaratory Judgment from Wrongdoer of nil debt and lien release res judicata on the related mortgage loan number 9804660182 with Servicer Caliber Home Loans

Enclosed herein are a MOTION TO DISMISS case and a draft order of the same.

See communications attached:

1. Constructive Notice of Conditional Acceptance
2. Commercial Affidavit
3. Witness delivery Affidavit