| | |
|---|---|
| File on Demand<br>"i": [wo]man; Shannon;<br>under duress; aggrieved; wronged; harmed;<br>　　　　[Claimant]: Prosecutor<br><br>John/Jane Doe; an unidentified Man/[wo]man and;<br>JOHN/JANE DOE; AN UNIDENTIFIED<br>PERSON; OWNER and or CREATOR and or<br>PRINCIPAL of **U.S. BANK N. A., AS<br>TRUSTEE FOR LSF9 MASTER<br>PARTICIPATION TRUST**; and; Reneau J.<br>Longoria; [a] [wo]man; RENEAU J. LONGORIA;<br>A PERSON; PURPORTED AGENT FOR<br>JOHN/JANE DOE;<br><br>Each Unnamed Wrongdoer (1-99); and; EACH<br>UNNAMED WRONGDOER; PERSON AS<br>PURPORTED AGENT FOR JOHN/JANE DOE<br>(1-99);　　**Wrongdoers;** | *Moore Court*: Claimant No. RF 479 918 022 US at:<br>in 'Maine Court' at public venue called 205<br>Newbury Street, Courthouse, Portland, Maine<br>a/k/a Cumberland County Courthouse, Portland<br>And In 'Federal Court' at<br>2:19-cv-00157-JAW<br>Edward T. Gignoux U.S. Courthouse<br>claim of conusance<br><br>Superior Court<br>PORSC-CV-2021-00279<br>**(verified)**<br>claim: wrong of trespass, forgery<br>notice: legal idiot<br>action is *claim* by man,<br>not *complaint*<br>'Plaintiff'/'Defendant' do not apply |

notice: legal idiot

The *Moore Court* presents notice:

**Firstly:**　"i": [wo]man; declare: i am not accommodating party to [a] legal or commercial entity; i do not consent to be governed/subject to legal fiction a/k/a "Statutes"/legal rules/constructs unless by [my] verified, expressed consent by contract; i do not speak or comprehend legalese, [a] language foreign to i and one i have not contract duty to speak; **i am [a] legal idiot;**

> *In like manner to:* M.R.C.P. 44A Determination of Foreign Law

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　i require access to the people's common law venue to pursue [my] claim: no statues, no legalese, no rules foreign or uncommon to i, as one of the un-enfranchised, common law [self governed] people of Maine.

**Secondly:**　"i": [wo]man; say i wish to "do no harm" and do right to others; i believe this is the **common** custom, belief, language and natural lore or **law of the people** who make the land called Maine.

**Thirdly:**　i, say here, and will testify in open court, that all herein be true

Date: 7-12-2021

Moore: Shannon R seal
Shannon Moore