UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust,<br><br>**Plaintiff**<br><br>vs.<br><br>Shannon R. Moore a/k/a Shannon Slaughter,<br><br>**Defendant**<br>Steve Thomes,<br><br>**Party-In-Interest.** | CIVIL ACTION NO: 2:19-cv-00157-JAW<br><br>JUDGMENT OF FORECLOSURE AND SALE<br><br>RE:<br>69 Veranda Street, Portland, ME 04103<br><br>Mortgage:<br>**November 22, 2005**<br>**Book 23455, Page 67** |

This matter came before the Court for a Bench Trial November 15, 2021. Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, ("U.S. Bank") was present and represented by Reneau J. Longoria, Esq. Defendant, Shannon R. Moore a/k/a Shannon Slaughter, ("Moore") was initially present, but left the Courtroom several minutes into the Trial; Party-In-Interest, Steve Thomes was present and testified.

All persons interested having been duly notified in accordance with the law, and after hearing, U.S. Bank is granted a Judgment of Foreclosure and Sale.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($335,351.10) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing as of November 10, 2021:

| Description | Amount |
|---|---|
| Principal Balance | $227,784.17 |
| Interest | $46,078.19 |
| Escrow Advance | $42,419.41 |
| Corporate Advance | $19,069.33 |
| Grand Total | $335,351.10 |

2. If the Defendant or his/her heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($335,351.10) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, **his/her remaining rights to possession of the Portland Property shall terminate**, and U.S. Bank shall conduct a public sale of the Portland Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $335,351.10 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324.  U.S. Bank may not seek a deficiency judgment against the Defendant pursuant to the Defendant's discharge in bankruptcy.

3. In the event that the Defendant, and anyone occupying the premises under her, do not vacate the property upon termination of her right to possession, U.S. Bank may re-open this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a). consistent with this Judgment.

4. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5. The amount due and owing is $335,351.10.

6. The priority of interests is as follows:

    ● U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust has first priority, in the amount of $335,351.10, pursuant to the subject Note and Mortgage.

- Steve Thomes **does not have** the second priority behind the Plaintiff pursuant to the Mortgage dated October 29, 2015, in the amount of $21,000.00, and recorded in the Cumberland County Registry of Deeds in Book 32697, Page 264 as said mortgage was not given for consideration, is acknowledged to be fraudulent, and was released by Release of Mortgage dated November 15, 2021.

- Shannon R. Moore a/k/a Shannon Slaughter has the second priority behind the Plaintiff.

7. The prejudgment interest rate is 8.96000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is .15 %, *see* 28 U.S.C. § 1961.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br>13801 Wireless Way<br>Oklahoma City, OK 73134 | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Shannon R. Moore a/k/a Shannon Slaughter<br>69 Veranda Street<br>Portland, ME 04103 | Pro Se |
| PARTY-IN-INTEREST | Steve Thomes<br>85 Oakhurst Road<br>Cape Elizabeth, ME 04107 | Pro Se |

a) The docket number of this case is No. 2:19-cv-00157-JAW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 69 Veranda Street, Portland, ME 04103, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 69 Veranda Street, Portland, ME 04103. The Mortgage was executed by the Defendant, Shannon R. Moore a/k/a Shannon Slaughter on November 22, 2005. The book and page number of the Mortgage in the Cumberland County Registry of Deeds is Book 23455, Page 67.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an *in rem* judgment against the property, 69 Veranda Street, Portland, ME 04103.

**SO ORDERED**

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 19th day of November, 2021